IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: JOSE F. GAYTAN JR | ) |
| | ) |
| Wells Fargo Bank, N.A., | ) |
|     Creditor, | ) |
| | ) |
|   vs. | ) CASE NO. 05B62347 |
| | ) JUDGE Jacqueline P. Cox |
| JOSE F. GAYTAN JR, | ) |
|     Debtor | ) |

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Wells Fargo Bank, N.A., by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The Debtor is due for the April 1, 2007 contractual payment and all those thereafter.

2. The following is an itemization of the amounts due on the loan as of April 5, 2007:

   | | |
   |---|---:|
   | a. Attorney's Fees | $250.00 |
   | b. Late Charges | $414.48 |
   | c. Property Inspections | $120.00 |
   | d. Bankruptcy post-petition fees and costs | $805.50 |
   | Total | $1,589.98 |

If not challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice, Wells Fargo Bank, N.A. rights to collect these amounts will be unaffected.

Respectfully Submitted,
Wells Fargo Bank, N.A.

/s/A. Stewart Chapman
A. Stewart Chapman
ARDC#6255733
Pierce and Associates, P.C.
1 North Dearborn
13t$^h$ Floor
Chicago, Illinois 60602
(312)346-9088