```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 62347
   JOSE F GAYTAN JR
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-2328


-------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------
     The case was filed on 10/16/2005 and was confirmed 04/10/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was paid in full 07/16/2008.
-------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE   UNSECURED          1679.45           .00       1679.45
COMPASS TRUCK SALES        SECURED           18665.00        1530.71     18665.00
WELLS FARGO BANK           CURRENT MORTG         .00            .00           .00
INTERNAL REVENUE SERVICE   PRIORITY         NOT FILED           .00           .00
ACE RECOVERY SERVICES      UNSECURED        NOT FILED           .00           .00
AFNI                       UNSECURED        NOT FILED           .00           .00
BANK ONE                   UNSECURED        NOT FILED           .00           .00
BARR MANAGEMENT            UNSECURED           220.91           .00        220.91
BLATT HASENMILLER LIEBST   UNSECURED        NOT FILED           .00           .00
CAVALRY PORTFOLIO SERVIC   UNSECURED        NOT FILED           .00           .00
CHECKIT                    UNSECURED          1488.64           .00       1488.64
CITY OF CHICAGO PARKING    UNSECURED          1540.00           .00       1540.00
CITY OF CHICAGO PARKING    UNSECURED            52.20           .00         52.20
CMS                        UNSECURED        NOT FILED           .00           .00
CMS                        UNSECURED        NOT FILED           .00           .00
COMMONWEALTH EDISON        UNSECURED        NOT FILED           .00           .00
CRA SECURITY SYSTEMS       UNSECURED        NOT FILED           .00           .00
DUN & BRADSTREET           UNSECURED        NOT FILED           .00           .00
HEILIG MEYER               UNSECURED        NOT FILED           .00           .00
HELMSMAN MGMT SERV         UNSECURED        NOT FILED           .00           .00
ARTHUR B ADLER & ASSOC     UNSECURED        NOT FILED           .00           .00
LECHNER & SONS             UNSECURED        NOT FILED           .00           .00
LINEBARGER GOGGAN BLAIR    NOTICE ONLY      NOT FILED           .00           .00
MEDICAL COLLECTIONS SYS    UNSECURED        NOT FILED           .00           .00
MEDICAL RECOVERY SPECIAL   UNSECURED        NOT FILED           .00           .00
MILLENIUM CREDIT CONSULT   UNSECURED        NOT FILED           .00           .00
MUNICIPAL COLLECTION SER   UNSECURED           750.00           .00        750.00
NCO FINANCIAL SYSTEMS IN   UNSECURED        NOT FILED           .00           .00
NCO FINANCIAL SYSTEMS      UNSECURED        NOT FILED           .00           .00
PELLETTIERI & ASSOC        UNSECURED        NOT FILED           .00           .00
ADDISON RADIOLOGY          UNSECURED        NOT FILED           .00           .00
PRAIRIE BANK               UNSECURED        NOT FILED           .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 05 B 62347 JOSE F GAYTAN JR
```

```
SCS CREDIT CORP            UNSECURED       NOT FILED              .00              .00
ST ANTHONY EMER SERV       UNSECURED       NOT FILED              .00              .00
STATE OF IL TOLL HGWY      UNSECURED       NOT FILED              .00              .00
STUART ALLAN & ASSOC       UNSECURED        1136.00               .00          1136.00
VOLVO FINANCE IN AMERICA   UNSECURED       NOT FILED              .00              .00
WOLPOFF & ABRAMSON LLP     UNSECURED       NOT FILED              .00              .00
CAPITAL ONE                UNSECURED        3109.26               .00          3109.26
CAPITAL ONE AUTO FINANCE   UNSECURED       16719.35               .00         16719.35
ILLINOIS SECRETARY OF ST   PRIORITY        NOT FILED              .00              .00
WELLS FARGO BANK           MORTGAGE ARRE    280.00                .00           280.00
COMPASS EQUIPMENT FINANC   NOTICE ONLY     NOT FILED              .00              .00
COMPASS TRUCK SALES        UNSECURED        2725.72               .00          2725.72
ONYX ACCEPTANCE CORP       UNSECURED       NOT FILED              .00              .00
OSI COLLECTION SERVICES    UNSECURED       NOT FILED              .00              .00
COMPASS TRUCK SALES        SECURED              .00               .00              .00
JOSEPH J CARDINAL          DEBTOR ATTY      800.00                              800.00
TOM VAUGHN                 TRUSTEE                                             3,390.39
DEBTOR REFUND              REFUND                                                301.09

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE            54,388.72

PRIORITY                                         .00
SECURED                                     18,945.00
    INTEREST                                 1,530.71
UNSECURED                                   29,421.53
ADMINISTRATIVE                                 800.00
TRUSTEE COMPENSATION                         3,390.39
DEBTOR REFUND                                  301.09
                   ---------------        ---------------
TOTALS             54,388.72                54,388.72
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                           /s/ Tom Vaughn
     Dated: 09/25/08       _____
                           TOM VAUGHN
                           CHAPTER 13 TRUSTEE




                        PAGE   2
          CASE NO. 05 B 62347 JOSE F GAYTAN JR